** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 8975 LICENSING LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 4:16-cv-66 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| REPUBLIC BANK & TRUST COMPANY, | § | BRC |
| | § | |
| *Defendant*. | § | |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Having considered Plaintiff 8975 Licensing, LLC and Defendant Republic Bank & Trust's Agreed Motion to Dismiss with Prejudice [Dkt. # 4], it is hereby ORDERED that said agreed motion is GRANTED.

It is therefore ORDERED that all claims 8975 Licensing, LLC raised or could have raised in this action against Republic Bank & Trust are hereby dismissed WITH PREJUDICE.

It is further ordered that that all costs and expenses relating to this litigation between 8975 Licensing, LLC and Republic Bank & Trust (including attorney and expert fees and expenses, if any) shall be borne solely by the party incurring same.

So **ORDERED** and **SIGNED** this **6**   day of **May, 2016.**

_____
Ron Clark, United States District Judge